# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-1653

_____

ALLEN ROBERTS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Maureen Horkan, Judge.

September 15, 2021

PER CURIAM.

AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Allen Roberts, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.